AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

Joe E. Macon

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 8:08-2832-HFF

State of South Carolina, et al

**[X]  Decision on the Record.**  This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice and without issuance and service of process.

October 7, 2008

LARRY W. PROPES, Clerk

By: **s/Angela Lewis**_____
    Deputy Clerk